**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  EDCV 14-01133-VAP (DTBx)                          Date:  June 26, 2014

Title:     RANDAL NIGHTENGALE, AN INDIVIDUAL -v- C.R. BRIGGS CORPORATION, A COLORADO CORPORATION, DOES 1 THROUGH 10, INCLUSIVE
==========================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:       ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION (IN CHAMBERS)

     Plaintiff Randal Nightengale filed his Complaint ("Compl.") on June 4, 2014, alleging diversity jurisdiction.  (Compl. ¶ ¶ 1, 5.)  Plaintiff appears to assert that C.R. Briggs Corporation is a citizen of Colorado.  Plaintiff, however, does not specifically address the state of incorporation or principal place of business of C.R. Briggs Corporation.

     Plaintiff is ordered to show cause in writing no later than July 3, 2014, why this action should not be dismissed for lack of subject matter jurisdiction.

     Failure to respond will result in the dismissal of the action without leave to amend.

MINUTES FORM 11                                            Initials of Deputy Clerk ___md____
CIVIL -- GEN                                Page 1

**EDCV 14-01133-VAP (DTBx)**
**RANDAL NIGHTENGALE, AN INDIVIDUAL v. C.R. BRIGGS CORPORATION, A COLORADO CORPORATION**
**MINUTE ORDER of June 26, 2014**

    **IT IS SO ORDERED.**