**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL NIGHTENGALE, AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>  v.<br><br>C.R. BRIGGS CORPORATION, A COLORADO CORPORATION, DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 14-01133-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>July 9, 2014</u>

                                          /s/ Virginia A. Phillips
                                          VIRGINIA A. PHILLIPS
                                          United States District Judge